**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Burton Fleming,<br><br>Plaintiff,<br><br>vs.<br><br>Allied Interstate, LLC, a/k/a Allied Interstate, Inc.<br><br>Defendant. | CIVIL FILE NO.: 11-CV-2707 (PAM/TNL)<br><br>**ORDER** |

Based upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Defendant.

**IT IS HEREBY ORDERED**, that Plaintiff's claims against Defendant are hereby **DISMISSED** in their entirety, on the merits and **WITH PREJUDICE.** Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: October 20, 2011

s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge