**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | CIVIL FILE NO.: 11-CV-2707 (PAM/TNL) |
|---|---|
| Burton Fleming, | |
| Plaintiff, | **ORDER** |
| vs. | |
| Allied Interstate, LLC, a/k/a Allied Interstate, Inc. | |
| Defendant. | |

Based upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Defendant.

**IT IS HEREBY ORDERED**, that Plaintiff's claims against Defendant are hereby **DISMISSED** in their entirety, on the merits and **WITH PREJUDICE.** Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: October  20,  2011                s/Paul A. Magnuson
                                         Paul A. Magnuson
                                         United States District Court Judge